UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-cv-00201-RJC

| | |
|---|---|
| LISSETTE GRULLON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** comes before the Court on Defendant's Consent Motion for Remand. (Doc. No. 14). Defendant seek to remand this case for further administrative proceedings. Plaintiff's counsel has consented to Defendant's Motion for Remand.

**IT IS, THEREFORE, ORDERED** that Defendant's motion for remand is **GRANTED** and the Commissioner's decision is remanded to the Commissioner for further proceedings.

**IT IS FUTHER ORDERED** that Plaintiff's motion for summary judgment, (Doc. No. 11), is **DENIED as moot**.

The Clerk is directed to close this case.

Signed: March 23, 2022

Robert J. Conrad, Jr.
United States District Judge