UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-cv-00201-RJC

| | |
|---|---|
| LISSETTE GRULLON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) |
| Defendant. | ) ) ) ) |

**CONSENT ORDER**

**THIS MATTER** comes before the Court for entry of a Consent Order agreed to by the parties; and it appearing that the parties have agreed that the Commissioner of Social Security should pay the sum of $3,779.97, in full and final settlement of all claims arising under the Equal Access to Justice Act ("EAJA"). *See* 28 U.S.C. § 2412(d). Therefore, based upon the consent of the Parties, and good cause having been shown, the Consent Motion, (DE 17), is **GRANTED**.

**SO ORDERED.**

Signed: June 16, 2022

Robert J. Conrad, Jr.
United States District Judge